# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN S. McREYNOLDS

NO. 2020 KW 0697

**OCTOBER 12, 2020**

---

In Re: Ryan S. McReynolds, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 579357.

---

**BEFORE: HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT